**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1174

_____

DANTE BURTON

v.

WILLIAM SCHAMP, RHU Lieutenant; OSMILT JUAREZ, Sergeant;
SHON GILL, Corr. Officer, RHU; D. JOHNSON, Corr. Officer, RHU;
ALBAN, Corr. Officer, RHU; ROBERT GILMORE, Superintendent;
KERI MOORE, Acting Grievance Officer

_____

No. 19-2494

_____

MUSTAFA WILLIAMS,

Appellant

v.

JOHN WETZEL, Secretary of the Department of Corrections;
BARRY SMITH, Superintendent, SCI Houtzdale;
J. PEARSON, SCI Houtzdale Medical Director;
JOHN/JANE DOE, Department of Corrections Director of Health Care Services;
JOHN/JANE DOE, Kitchen Supervisor at SCI Houtzdale

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action Nos. 2-17-cv-00895 & 3-17-cv-00192)
Magistrate Judge: Honorable Keith A. Pesto

_____

Argued on April 30, 2021

Before: PHIPPS, NYGAARD, and ROTH, <u>Circuit Judges</u>

---

ORDER

---

The opinion and judgment filed on February 3, 2022, is hereby vacated. The Clerk is directed to file the amended opinion and re-enter the judgment contemporaneously with this order.

By the Court,

<u>s/ Jane R. Roth</u>
Circuit Judge

Dated: February 10, 2022
CJG/cc:    Sarah Best
            Katherine U. Davis, Esq.
            Ellen L. Ratigan
            Will W. Sachse, Esq.
            Michael J. Scarinci, Esq.
            Daniel J. Auerbach, Esq.
            Robert E. Eckert, Jr., Esq.